**James Pike, Appellant, v. Cina Wilcox, Appellee.**

**Gen. No. 9,483.**

opinion filed May 28, 1946; rehearing denied July 10, 1946; released for publication July 10, 1946. Giffin, Winning, Lindner, Newkirk & Jones, for appellant; Dewitt S. Crow and Walter T. Day, for appellee. PER CURIAM. Not to be published in full.